ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, CA 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BRIENZO,<br><br>             Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of Social Security,<br><br>             Defendant. | CASE NO. 2:06-CV-00864-PAN (JFM)<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to respond to Defendant's answer in the above-referenced case is hereby extended from the present due date of October 17, 2006, by thirty days, to the new response date of November 16, 2006.

  DATED: September 20, 2006

                                                              McGREGOR W. SCOTT
                                                              United States Attorney


/s/ *Ann M. Cerney*                                  /s/ *Bobbie J. Montoya*
ANN M. CERNEY                                    BOBBIE J. MONTOYA
Attorney for Plaintiff                                Assistant U.S. Attorney
                                                              Attorney for Defendant

Stip.& Order Ext. Pl.'s Time
2:06-cv-00864-PAN (JFM)                          **1**

<u>                                        ORDER</u>

APPROVED AND SO ORDERED.

DATED:  September 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

13
Brienzo.eot.wpd