McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900

Elizabeth Firer
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BRIENZO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO. 2:06-CV-00864-PAN (JFM)<br><br>STIPULATION AND ORDER |

　　　The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 14 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing.  The current due date is January 17, 2007 (as a result of two consecutive federal holidays).  The new due date will be January 31, 2007.

/////

/////

/////

/////

Stip.& Order Ext. Def.'s Time
2:06-cv-00864-PAN (JFM)

**1**

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

*/s/ Ann M. Cerney*

    *(As authorized on* January 16, 2007)
Ann M. Cerney
Attorney at Law

Attorney for Plaintiff


McGregor W. Scott
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney

By:   */s/ Elizabeth Firer*

    *(As signed on* January 16, 2007)
Elizabeth Firer
Special Assistant United States Attorney

Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION


_____ORDER

APPROVED AND SO ORDERED.

DATED: January 24, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

13/
Brienzo.eot.def.ss.wpd

Stip.& Order Ext. Def.'s Time
2:06-cv-00864-PAN (JFM)

**2**